UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Drywall Tapers and Pointers of Greater New York )
Local Union 1974, Affiliated with International )  Index No.: 20-cv-946
Union of Allied Painters and Allied Trades, AFL-CIO, )
)
)
        Petitioner, )
)
 -against- )
)
CCC Custom Carpentry Corp., )
)
)
        Respondent. )

---

## DECLARATION OF LAUREN M. KUGIELSKA

I, Lauren M. Kugielska, under penalty of perjury and in lieu of affidavit as permitted by 28 U.S.C. § 1746, declare as follows:

1. I am an attorney in the law firm of Barnes, Iaccarino & Shepherd LLP, which serves as counsel for Petitioner Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO ("Union"). I make this declaration in support of Petitioner's Arbitration Confirmation Petition.

2. Attached to this declaration and as identified below are true and correct copies of documents submitted in further support of the Arbitration Confirmation Petition:

3. Attached here as Exhibit "A" is a true and correct copy of the Decision and Award of the Joint Trade Board Drywall Tapers Industry, issued on October 28, 2019 (the "Award").

4. Attached here as Exhibit "B" is a true and correct copy of the collective bargaining agreement between the District Council No. 9, Drywall Tapers and Pointers of Greater New York Local Union 1974, IUPAT, AFL-CIO and Respondent.

5. Attached here as Exhibit "C" is a true and correct copy of the Trade Agreement between District Council No. 9, International Union of Painters and Allied Trades, AFL-CIO and the Drywall Taping Contractors' Association of Greater New York.

6. Attached here as Exhibit "D" is a true and correct copy of the October 9, 2019 Demand for Arbitration.

7. Attached here as Exhibit "E" is a true and correct copy of the letter sent by counsel to Respondent containing the Decision and Award issued on October 28, 2019.

8. Attached here as Exhibit "F" is a true and correct copy of the demand letter sent by counsel to Respondent on November 14, 2019 notifying Respondent of its obligation to comply with the October 28, 2019 Decision and Award.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of February 2020 at Elmsford, New York

Lauren M. Kugielska