# EXHIBIT A

JOINT TRADE BOARD OF THE DRYWALL TAPERS INDUSTRY
--------------------------------------------------------------------------------------X
In the Matter of Arbitration between:

Drywall Tapers and Pointers of Greater New York
Local Union 1974, Affiliated with International Union
Of Allied Painters and Allied Trades, AFL-CIO,                          **DECISION OF**
                                                                        **THE JOINT**
                                                                        **TRADE BOARD**
                                    Union,

        -against-

CCC Custom Carpentry Corp.,

                                    Employer.
--------------------------------------------------------------------------------------X

        Pursuant to Article XIV of the Trade Agreement (the "Agreement") between Drywall Tapers and Pointers of Greater New York Local Union 1974, affiliated with International Union of Painters and Allied Trades, AFL-CIO ("Local 1974" or the "Union") and Drywall Taping Contractors' Association of Greater New York and The Association of Wall-Ceiling & Carpentry Industry of New York and the above captioned Employer, CCC Custom Carpentry Corp., ("CCC" or the "Employer"), the following constitutes the Decision of the Joint Trade Board of the Drywall Tapers Industry:

        Local 1974 served a Notice of Intention to Arbitrate, dated October 9, 2019, pursuant to Article XIV of the Agreement charging the Employer with failure to submit remittance reports, in violation of Article XX of the Agreement and Article XIII Section 11 Violation 8 of the Trade Agreement between District Council No. 9, International Union of Painters and Allied Trades, AFL-CIO and the Drywall Taping Contractors' Association of Greater New York (the "Trade Agreement").[1]

        By letter dated October 9, 2019, sent by United States Postal Service, CCC was notified that the hearing was scheduled for October 28, 2019 at 9:30 A.M.. The hearing was duly held on October, 28, 2019 at 9:30 A.M. at 45 West 14th Street, Mezzanine Floor, New York, New York 10011.

        The following individuals were in attendance at the hearing:

        Joint Trade Board:

        John Drew-Union Representative

---

[1]     The Joint Trade Board of the Drywall Tapers Industry utilizes the schedule of penalties set forth in Article XIII Sec. 11 of the Trade Agreement.

Jim Barnett-Union Representative
Anthony Verderosa- Employer Representative
John Donohue- Employer Representative
Lauren M. Kugielska- Attorney for the Joint Trade Board of the Drywall Tapers Industry

Claimant Representative(s):

Richard Jacobs, Business Representative
Gabriel Pineda, Business Representative

Employer Representative(s):

No Appearance.

**Contentions of the Parties:**

Mr. Jacobs and Mr. Pineda reported that the Employer failed to submit remittance reports for the periods March 5, 2019 through July 2, 2019; and July 9, 2019 through September 10, 2019, in violation of Article XX of the Agreement and Article XIII Section 11 Violation 8 of the Trade Agreement.

Thereafter, the Board deliberated and found the Employer guilty for failure to submit remittance reports for the periods March 5, 2019 through July 2, 2019; and July 9, 2019 through September 10, 2019, in violation of Article XX of the Agreement and Article XIII Section 11 Violation 8 of the Trade Agreement, and directed the Employer to pay $14,000.00 in fines for the stated offense.

Payment shall be mailed **within ten (10) days** from the date of receipt of this Decision directly to Barnes, Iaccarino & Shepherd, LLP at 258 Saw Mill River Road, Elmsford, New York 10523 Attn: Lauren M. Kugielska, Esq. as follows:

Payment for $14,000.00 in fines shall be made payable to the "Joint Trade Board of the Drywall Tapers Industry."

This document may be signed in counterparts.

This document may be signed in counterparts.

Date: 10/28/19

_____, Employers' Association
Joint Trade Board

CCC Custom Carpentry Corp

ER: No Appear

3/5/19 Failure to submit
Remittance Reports
3/5/19 – 7/2/19
7/9/19 – 9/10/19
Art XIII Sec. 11 Viol 8

Decision: Guilty
$14,000 fine

_____, Employers' Association
Joint Trade Board

_____, Employers' Association
Joint Trade Board

_____, Employers' Association
Joint Trade Board

_____, Employers' Association
Joint Trade Board

Date: October 28, 2019

_____, Union Representative
Joint Trade Board

_____, Union Representative
Joint Trade Board

_____, Union Representative
Joint Trade Board

_____, Union Representative
Joint Trade Board

_____, Union Representative
Joint Trade Board

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on Octo ber 28 , 2019.

Affirmed this 28th day of October , 2019

LAURA TUTINO
Notary Public - State of New York
No. 01TU6325924
Qualified In Bronx County
My Commission Expires June 8, 2023

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on October 28 , 2019.

Affirmed this 28th day of October , 2019

LAURA TUTINO
Notary Public - State of New York
No. 01TU6325924
Qualified in Bronx County
My Commission Expires June 8, 2023

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on October 28 , 2019.

Affirmed this 28th day of October , 2019

LAURA TUTINO
Notary Public - State of New York
No. 01TU632592
Qualified in Bronx County
My Commission Expires June 8, 2023

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on October 28 , 2019.

Affirmed this 28th day of October , 2019

LAURA TUTINO
Notary Public - State of New York
No. 01TU6325924
Qualified in Bronx County
My Commission Expires June 8, 20___

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on _____, 2019.

Affirmed this _____ day of _____, 2019

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on _____, 2019.

Affirmed this _____ day of _____, 2019

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on _____, 2019.

Affirmed this _____ day of _____, 2019

_____
_____

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on _____, 2019.

Affirmed this _____ day of _____, 2019

_____
_____

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on _____, 2019.

Affirmed this _____ day of _____, 2019

_____
_____

I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on _____, 2019.

Affirmed this _____ day of _____, 2019

_____

_____


I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on _____, 2019.

Affirmed this _____ day of _____, 2019

_____

_____


I affirm that I am a member of the Joint Trade Board pursuant to the collective bargaining agreement between the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with the International Union of Painters and Allied Trades, AFL-CIO and the above captioned Employer, who executed the foregoing instrument, which is the Decision of the Joint Trade Board regarding the hearing held on _____, 2019.

Affirmed this _____ day of _____, 2019

_____

_____