# EXHIBIT E



| | Riccardo Iaccarino | 3 Surrey Lane |
| --- | --- | --- |
| | Wendell V. Shepherd | Hempstead, NY 11550 |
| | | Tel: 516.483.2990 |
| | Michael C. Anderson | Fax: 516.483.0566 |
| | Matthew J. Berger* | |
| | Danielle M. Carney | 29 Legion Drive |
| | Michele Harari | Bergenfield, NJ 07621 |
| | Dana L. Henke | Tel: 201.387.2600 |
| | Steven H. Kern | |
| 258 Saw Mill River Road, Elmsford, NY 10523 | Lauren M. Kugielska* | Roy Barnes, Retired |
| Tel: 914.592.1515 | Fax: 914.592.3213 | Giacchino J. Russo | *Also Admitted in NJ |

November 4, 2019

**VIA CERTIFIED MAIL RRR**
**& FIRST CLASS MAIL**
CCC Custom Carpentry Corp.
50 Bethpage Road
Hicksville, New York 11801

Re:   **DECISION and AWARD**
   Drywall Tapers and Pointers of Greater New York Local Union 1974 et. al
   w. CCC Custom Carpentry Corp.

Dear Sir/Madam:

Please be advised that his firm represents the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO.

Enclosed please find a copy of the Decision and Award in accordance with the Joint Trade Board hearing held on October 28, 2019. The following amount owed by your company is

- **$14,000.00 made payable to "Joint Trade Board of the Drywall Tapers Industry"**

Please mail payments to the attention of the undersigned to this office.

Unless satisfactory arrangements are made to liquidate this delinquency within ten (10) days of your receipt of this letter, we will have no alternative but to institute appropriate legal proceedings against your company on behalf of the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO.

[Postal receipt:
FEES: Postage 0.39, Certified Fee 2.40, Return Receipt Restricted 1.85, TOTAL $4.64
POSTMARK OR DATE
SEND TO: CCC Custom Carpentry Corp, 50 Bethpage Road, Hicksville NY 11801
FROM: Silvia Olivera, RE: L1974 w. CCC 10/28/19
RECEIPT 9214 7839 1130 2401 0064 32]

In the event that legal proceedings are instituted, in addition to the delinquency, your company may be liable for the following:

- ADDITIONAL INTEREST
- COURT COSTS AND DISBURSEMENTS
- ATTORNEYS' FEES

Thank you for your anticipated cooperation and courtesies.

Very truly yours,

Silvia Olivera, Paralegal

/Enc.