# EXHIBIT F



| | Riccardo Iaccarino | 3 Surrey Lane |
|---|---|---|
| | Wendell V. Shepherd | Hempstead, NY 11550 |
| | | Tel: 516.483.2990 |
| | Michael C. Anderson | Fax: 516.483.0566 |
| | Matthew J. Berger* | |
| | Danielle M. Carney | 29 Legion Drive |
| | Michele Harari | Bergenfield, NJ 07621 |
| | Dana L. Henke | Tel: 201.387.2600 |
| 258 Saw Mill River Road, Elmsford, NY 10523 | Steven H. Kern | |
| Tel: 914.592.1515 | Fax: 914.592.3213 | Lauren M. Kugielska* | Roy Barnes, Retired |
| | Giacchino J. Russo | *Also Admitted in NJ |

November 14, 2019

**<u>VIA CERTIFIED MAIL RRR</u>**
**<u>& FIRST CLASS MAIL</u>**
CCC Custom Carpentry Corp.
50 Bethpage Road
Hicksville, New York 11801

        **Demand Letter**
Re:   Drywall Tapers and Pointers of Greater New York Local Union 1974 et. al
      w. CCC Custom Carpentry Corp.

Dear Sir/Madam:

    Please be advised that this firm represents the Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO.

    Enclosed please find a copy of the Joint Trade Committee Decision that was sent to your company on November 4, 2019.

    Demand is hereby made that you comply with the attached decision within ten (10) days of receipt. In the event that you fail to comply, we will have no other choice but to initiate litigation.

    Thank you for your anticipated cooperation and courtesies.

Very truly yours,

Silvia Olivera, Paralegal

Encl.

```
RECEIPT
9214 7839 1130 2401 0067 84
FROM:
Silvia Olivera
RE: L1974 w. 10/28/19

SEND TO:
CCC Custom Carpentry Corp
50 Bethpage Road
Hicksville, New York 11801
Hicksville NY 11801

FEES:
Postage
Certified Fee          0.39
Return Receipt         2.40
Restricted             1.85

TOTAL        $ 4.64
POSTMARK OR DATE
```