# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: February 4, 2020

Index #   1:20-cv-00946-ER

---

*Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO*                                        Plaintiff

against

*CCC Custom Carpentry Corp.*                                        Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY                    SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ February 6, 2020 _____ , at __ 11:45 AM __ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Petition to Confirm Arbitration Award and Supporting Memorandum of Law
                                                                                                on

_____ CCC Custom Carpentry Corp. _____ , the

Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of

the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that

at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was

made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person

so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly

authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___ 46 ___   Approx. Wt: ___ 195 ___   Approx. Ht: ___ 5'9" ___

Color of skin: ___ White ___   Hair color: Lt. Brown   Sex: ___ Female ___   Other: _____

Sworn to before me on this

__6th__ day of February 2020

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1836498

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**