UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Drywall Tapers and Pointers of Greater New York Local )
Union 1974, Affiliated with International Union of Allied )
Painters and Allied Trades, AFL-CIO, )
)
) Index No.: 20-CIV-00946 (ER)
                Petitioner, )
) CLERK'S CERTIFICATE
) OF DEFAULT
                -against- )
)
)
CCC Custom Carpentry Corp., )
)
                Respondent. )

---

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that this action commenced on February 4, 2020 with the filing of the Summons and Petition. A copy of the Summons and Petition was served February 6, 2020 on the Respondent on via Secretary of State and proof of such service thereof was filed on February 10, 2020, ECF No. 7.

I further certify that docket entries indicate that Respondent has not filed an answer or otherwise moved with respect to the petition herein. The default of the Respondent is hereby noted.

Dated: New York, New York
          , 2020

                                        RUBY J. KRAJICK
                                        Clerk of the Court


                                        _____
                                        Deputy Clerk