UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, | ) ) ), ) Index No.: 20-CIV-00946(ER) |
| Petitioner, | ) DEFAULT ) JUDGMENT |
| -against- | ) |
| CCC Custom Carpentry Corp., | ) |
| Respondent. | ) |

---

This action having been commenced on February 4, 2020 by the filing of the Petition, and a copy of the Summons and Petition having been served on the Respondent, CCC Custom Carpentry Corp. on February 6, 2020 via Secretary of State and said Proof of Service having been filed with the Clerk of the Court on February 10, 2020, and the Respondent not having appeared, answered or otherwise moved with respect to the Petition within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

**ORDERED, ADJUDGED AND DECREED**: that the Petitioner have judgment against Respondent in the liquidated amount of Nineteen Thousand Thirty Two Dollars ($19,032.00), which includes the following: Decisions and Award of the Joint Trade Board amount due and owing in the sum of $14,000.00, attorney's fees in the sum of $4,560.00 and court costs and disbursements in the sum of $472.00.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of Petitioner be entered as a final judgment against the Respondent and the Clerk of the Court is directed to enter such judgment forthwith.

1

Dated: New York, New York
             , 2020

So Ordered:

_____
Honorable Edgardo Ramos, U.S.D.J.