**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND
ALLIED TRADES, AFL-CIO,

       Petitioners,      20 **CIVIL** 946 (ER)

   -against-           __**JUDGMENT**__

CCC CUSTOM CARPENTRY CORP.,
       Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Opinion & Order dated August 5, 2020, Local 1974's motion is GRANTED
in part and DENIED in part. The arbitration award is confirmed, and judgment is entered in favor
of Local 1974 in the amount of $14,000 against Custom Carpentry. This judgment shall accrue
post-judgment interest as mandated in 28 U.S.C. § 1961. See Lewis v. Whelan, 99 F.3d 542, 545
(2d Cir. 1996) ("Re award of post-judgment interest is mandatory on awards in civil cases as of
the date judgment is entered."). The application for attorneys' fees and costs is DENIED;
accordingly, the case is closed**.**

**Dated**: New York, New York
   August 5, 2020

         **RUBY J. KRAJICK**
         _____
         **Clerk of Court**
     **BY:** K. Mango
         _____
         **Deputy Clerk**