ABSTRACT OF JUDGMENT

Re: Drywall Tapers and Pointers of Greater New York Local Union 1974, et al. v. CCC Custom Carpentry Corp.

Case Number: 20-civ-00946 (ER)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| CCC Custom Carpentry Corp.<br>50 Bethpage Road<br>Hicksville, New York 11801 | Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO<br>45 West 14th Street<br>New York, NY 10011 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $14,000.00 | Lauren Kugielska<br>258 Saw Mill River Road<br>Elmsford, NY 10523 | 8/5/2020 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York        , New York

RUBY J. KRAJICK, Clerk of Court

By, Deputy Clerk